## COOK HARDWOOD FLOOR COMPANY v. SORENSON.

[No. 13,559. Filed August 1, 1929.]

*J. W. Winget,* for appellant.
*John J. McShane,* for appellee.

PER CURIAM.—Affirmed. .

## EMULSIFIED ASPHALT COMPANY v. CITY OF COLUMBUS.

[No. 13,402. Filed August 29, 1929.]

*W. W. Lambert, Walker & Hollett* and *Tremain & Turner,* for appellant.
*William H. Everroad* and *Hugh D. Wickens,* for appellee.

McMAHAN, C. J.—The only question involved in this appeal requires a consideration of the evidence which appellee insists is not in the record. Appellant has made no attempt to correct the record so as to overcome appellee's objection. On the authority of *Johnson, Admr.,* v. *Johnson* (1901), 156 Ind. 592, 60 N. E. 451; *Butt* v. *Lake Shore, etc., R. Co.* (1902), 159 Ind. 490, 65 N. E. 529; and *Robinson* v. *Smith* (1917), 64 Ind. App. 119, 115 N. E. 336, we hold the evidence is not in the record.

Judgment affirmed.